Order entered November 15, 2012



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

No. 05-11-01201-CR

**RONNIE MONTGOMERY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F09-20347-H**

## ORDER

This Court previously ordered the trial court clerk to file a supplemental clerk's record in this cause containing a copy of the Motion to Revoke Probation filed on or about June 22, 2011. Thereafter, we received a letter from the Dallas County District Clerk asserting that the record includes three Motions to Revoke filed on the following dates: August 10, 2009; December 16, 2009; and August 4, 2010. The District Clerk asserted there is no record of a Motion to Revoke dated June 22, 2011 in this cause.

We therefore **ORDER** the trial court to conduct a hearing to determine:

(1) Whether a copy of a Motion to Revoke Probation filed on about June 22, 2011 exists;

(2) If such a copy exists, whether the parties will stipulate that the copy is an accurate copy. If the parties so agree, the trial court

shall deliver a copy of the Motion to Revoke to the trial court clerk for inclusion in a supplemental record.

(3) If the parties cannot agree, the trial court shall then determine what constitutes an accurate copy of the missing motion.

(4) If no copy exists, the trial court shall make a finding to that effect.

The trial court is **ORDERED** to transmit a supplemental record containing the written findings of fact and a copy of the substituted motion, if one exists, to this Court no later than thirty days from the date of this order. **This case is set for submission on January 30, 2013**, so time is of the essence.

The appeal is **ABATED** to allow the trial court to comply with this order. It shall be reinstated thirty (30) days from the date of this order or when the supplemental record is received, whichever is earlier.

_____
MARY MURPHY
PRESIDING JUSTICE